**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

JOSEPH HAROLD TAYLOR,

Petitioner,

v. CIVIL ACTION NO. 5:25-cv-00516

W. HOLZAPFEL,

Respondent.

## ORDER

Pending is Petitioner Joseph Harold Taylor's Petition for Writ of Habeas Corpus, filed August 25, 2025. [ECF 1]. Also pending is Respondent W. Holzapfel's Motion to Dismiss for Improper Venue, filed December 4, 2025. [ECF 13]. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on August 3, 2026. Magistrate Judge Aboulhosn recommended that the Court (1) construe Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF 1] as a Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, (2) transfer this action to the United States District Court for the Middle District of Georgia, and (3) deny as moot Respondent's Motion to Dismiss for Improper Venue [ECF 13].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis

added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on August 20, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 17**], **CONSTRUES** Petitioner's Petition [**ECF 1**] as a Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, **TRANSFERS** the case to the United States District Court for the Middle District of Georgia, and **DENIES AS MOOT** Respondent's Motion to Dismiss for Improper Venue [**ECF 13**].

The Court **DIRECTS** the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: September 2, 2026

Frank W. Volk
Chief United States District Judge